Feb 09 2021

# ATTACHMENT A

## DEVICE TO BE SEARCHED

The property to be searched is identified as an **Apple iPhone, seized and assigned APD Evidence Tag: 1257768**. The device is currently in possession of the Anchorage Police Department's Property/Evidence Section, located at 4501 Elmore Road, Anchorage, Alaska.