Feb 09 2021

**ATTACHMENT B**

Records on the Device identified as the **Apple iPhone, seized and assigned APD Evidence Tag: 1257768**, currently in possession of the Anchorage Police Department's Property/Evidence Section, located at 4501 Elmore Road, Anchorage, Alaska, as related to suspected violations of Title 18 U.S.C. §922(g)(1), Title 18 U.S.C. §924(c)(1)(A), Title 21 U.S.C. §841(a)(1), and State of Alaska weapons violations to include:

1. Records of Short Message Service (SMS) text messages and/or log files of sent, received or draft SMS text messages related to firearms, ammunition and narcotics.

2. Records of Multimedia Messages Service (MMS) messages and/or log files of sent, received or draft multimedia messages containing digital image files, audio files or video files that may depict possession of firearms, ammunition and narcotics.

3. Records of telephonic calls and/or log files including incoming, outgoing and missed telephone calls, as they may relate to individuals identified in other recovered data as associates involved in the transactions involving firearms, ammunition and narcotics.

4. Digital multimedia including image files, audio files and video files stored on the devices that may depict possession of firearms, ammunition and narcotics, as well as GPS information pertaining to such possession.

5. Records in the form of stored telephone contact information for participants involved in possession of firearms, ammunition and narcotics.

6. Lists of customers and related identifying information;



7. Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

8. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information)

9. Ownership, cellular service and/or internet provider information pertaining to each electronic device.

10. All bank records, checks, credit card bills, account information, and other financial records.

11. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

12. Records evidencing the use of the Internet to include records of Internet activity As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.